[Cite as *02/24/2003 Case Announcements,* 2003-Ohio-789.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 24, 2003*

### MOTION AND PROCEDURAL RULINGS

**1999–1152.  State v. Group.**
Mahoning C.P. No. 97CR66. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that post-conviction proceedings are pending,

IT IS ORDERED by the court that said motion be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and hereby is, stayed, pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**2002–1834.  Turner v. Ishee.**
Mahoning App. No. 02CA78. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. Upon consideration of appellant's motion to withdraw his reply brief,

IT IS ORDERED by the court that the motion to withdraw reply brief be, and hereby is, granted.

### MISCELLANEOUS DISMISSALS

**2002–2093.  State ex rel. Ryumshin v. Brown.**
Stark App. No. 2002CA00344. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. It appears from the records of this court that appellant has not filed a merit brief, due February 19, 2003, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

[Cite as *02/25/2003 Case Announcements,* 2003-Ohio-810.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 25, 2003*

### MOTION AND PROCEDURAL RULINGS

**1999–1878.  State v. Williams.**
Lucas C.P. No. CR991366. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Lucas County. Upon consideration of appellee's motion for continuance of oral argument currently scheduled for April 15, 2003,

IT IS ORDERED by the court that the motion for continuance of oral argument be, and hereby is, denied.